# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA



## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SA CV 05-263-CJC(RNBx) | Date | November 28, 2005 |
| Title | United States of America, etc., et al. -v- Allergan, Inc., et al. | | |

Present: The Honorable    **CORMAC J. CARNEY**

| Debra Beard | Not Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:              Attorneys Present for Defendants:

Not Present                                                   Not Present

**Proceedings:**    ORDER TO SHOW CAUSE RE LACK OF PROSECUTION

The Court ORDERS plaintiff to show cause in writing not later than **December 12, 2005** why this action should not be dismissed for lack of prosecution as to defendant Allergan, Inc.

The Court notes that, absent a showing of good cause, an action shall be dismissed if the summons and complaint have not been served within 120 days of the filing of the complaint (FRCivP4). An action may be dismissed prior to such time if plaintiff(s) fails(s) to respond to this order.

Pursuant to FRCivP78 and Local Rule 7-15, no ORAL ARGUMENT will be heard on this matter unless ordered by the court. The Order to Show cause will stand submitted upon the filing of plaintiff's response. The Court will consider as a satisfactory response the filing of the following on or before the date indicated above:

XX          Proof of service of summons and complaint on defendant (FRCivP4)

The Clerk shall serve a copy of this minute order on counsel for all parties in this action.



Initials of Preparer
Initials of Deputy Clerk: