

# ORIGINAL

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SA CV 05-00263-CJC(RNBx) | Date | December 23, 2005 |

Title    United States of America, etc., et al. -v- Allergan Inc., et al.

Present: The Honorable    CORMAC J. CARNEY

| Debra Beard | Not Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Not Present                      Not Present

**Proceedings:**          (In Chambers)

The Court having previously issued an Order to Show Cause as to why this action should not be dismissed for lack of prosecution with the response to this order to show cause due no later than December 12, 2005, and the Court having received no appropriate response, the matter is now ordered dismissed for failure to prosecute.

The Clerk is directed to serve a copy of this minute order on counsel for all parties in this action.



```
                    ENTERED
          CLERK U S DISTRICT COURT

                 DEC 2 7 2005

     CENTRAL DISTRICT OF CALIFORNIA
     BY                        DEPUTY
```

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

| | |
|---|---|
| Initials of Preparer: | |
| Initials of Deputy Clerk: | |



